# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ALTAIR LOGIX LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ASUS COMPUTER INTERNATIONAL,<br><br>      Defendant. | Case No. 4:18-cv-04985-HSG<br><br>**ORDER GRANTING STIPULATED REQUEST PURSUANT TO CIVIL L.R. 6-2 FOR ORDER SETTING TIME FOR PLAINTIFF ALTAIR LOGIX LLC TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (DKT. NO. 22)**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

    The Stipulation requesting a change in the deadline for Altair Logix LLC to file its response to Defendant's Motion to Dismiss (Dkt. No. 22) by 14 days to **December 11, 2018** is GRANTED. IT IS ORDERED that Defendant Altair Logic LLC shall file its response to Defendant's Motion to Dismiss (Dkt. No. 22) no later than **December 11, 2018**.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/20/2018

*[signature: Haywood S. Gilliam, Jr.]*

United States District Judge