**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALTAIR LOGIX LLC, <br><br> Plaintiff, <br><br> v. <br><br> ASUS COMPUTER INTERNATIONAL, <br><br> Defendant. | Case No. 4:18-cv-04985-HSG <br><br> **[PROPOSED] ORDER GRANTING STIPULATED REQUEST PURSUANT TO CIVIL L.R. 6-2 AN ORDER EXTENDING THE DEADLINE TO COMPLETE MEDIATION** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

The Stipulation requesting a change in the deadline to complete mediation is GRANTED. IT IS ORDERED that the deadline to complete mediation is extended up to and including May 31, 2019.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/16/2019

*/s/ Haywood S. Gilliam, Jr.*
United States District Judge

- 4 -
JOINT STIPULATION TO EXTEND THE DEADLINE TO COMPLETE MEDIATION