# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ALTAIR LOGIX LLC,<br><br>Plaintiff,<br><br>v.<br><br>ASUS COMPUTER INTERNATIONAL,<br><br>Defendant. | Case No. 4:18-cv-04985-HSG<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ALL DEADLINES<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Stipulation requesting a stay of all deadlines for 30 days is GRANTED. IT IS ORDERED that all deadlines set forth in the Joint Case Management Statement and entered by the Court are stayed for an additional 30 days beyond that previously granted by the Court (Dkt. No. 52).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/24/2019

*Haywood S. Gilliam, Jr.*
United States District Judge