# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ALTAIR LOGIX LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ASUS COMPUTER INTERNATIONAL,<br><br>　　　　　Defendant. | Case No. 4:18-cv-04985-HSG<br><br>**[PROPOSED] AGREED MOTION TO DISMISS ASUS COMPUTER INTERNATIONAL WITH PREJUDICE PURSUANT TO RULE 41(A)(2)**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Agreed Motion to Dismiss Asus Computer International With Prejudice Pursuant to Rule 41(a)(2), which requests dismissal of all claims and counterclaims asserted between Plaintiff Altair Logix LLC and Defendant Asus Computer International, is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Altair Logix LLC and Defendant Asus Computer International, are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

DATED: 6/18/2019

　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　United States District Judge